TELEPHONE NEWS SYSTEM, INC., *v.* ILLINOIS
BELL TELEPHONE CO. ET AL.

No. 772. Decided April 6, 1964.

*Thomas D. Nash, Jr.* for appellant.

*Solicitor General Cox* for the United States, and *Walter J. Cummings, Jr.* for Illinois Bell Telephone Co., appellees.

PER CURIAM.

The judgment is affirmed.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.